IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| LARISSA EMFINGER § | |
| § | |
| V. § | Cause No. 5:20CV112-CMC |
| § | |
| COMMISSIONER OF SOCIAL § | |
| SECURITY ADMINISTRATION § | |

## FINAL JUDGMENT

Pursuant to the Order of the United States Magistrate Judge filed in this matter, it is hereby

**CONSIDERED**, **ORDERED, and ADJUDGED** that the above-entitled and numbered Social Security action is **AFFIRMED**.

All motions by either party not previously ruled on are hereby **DENIED.**

SIGNED this 31st day of March, 2022.

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE